*1:00CV1189*

⑤
12/7/01
Km

```
09/17/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ       DATE      FUND     CASE NO              DEF                          AMOUNT
*********************************************************************************************
                                                       SCRANTON
8030002640001. 09/14/01  6855XX   3:01-OP-1                                         -50.02
8030002640002. 09/14/01  5100PL                                                       4.80
8030002640003. 09/14/01  5100PL                                                       4.29
8030002640004. 09/14/01  5100PL                                                       2.88
8030002640005. 09/14/01  5100PL                                                       5.88
8030002640006. 09/14/01  5100PL                                                       9.33
8030002640007. 09/14/01  5100PL                                                       6.96
8030002640008. 09/14/01  5100PL                                                       4.60
8030002640009. 09/14/01  5100PL                                                       8.28
8030002640010. 09/14/01  5100PL                                                       3.00
8030002641101. 09/14/01  6855XX   3:01-OP-1                                         -75.33
8030002641102. 09/14/01  5100PL                                                       6.12
8030002641103. 09/14/01  5100PL                                                       6.87
8030002641104. 09/14/01  0869PL                                                       2.54
8030002641105. 09/14/01  5100PL                                                      20.00
8030002641106. 09/14/01  5100PL                                                       9.74
8030002641107. 09/14/01  5100PL                                                       2.00
8030002641108. 09/14/01  5100PL                                                      28.06
8030002642201. 09/14/01  6855XX   3:01-OP-1                                         -71.09
8030002642202. 09/14/01  5100PL                                                      16.75
8030002642203. 09/14/01  0869PL                                                      10.63
8030002642204. 09/14/01  0869PL                                                      10.63
8030002642205. 09/14/01  5100PL                                                       6.90
8030002642206. 09/14/01  0869PL                                                       7.00
8030002642207. 09/14/01  5100PL                                                       3.82
8030002642208. 09/14/01  5100PL                                                       3.96
8030002642209. 09/14/01  0869PL                                                       1.06
8030002642210. 09/14/01  5100PL                                                       6.97
8030002642211. 09/14/01  5100PL                                                       3.37
8030002643301. 09/14/01  6855XX   3:01-OP-1                                         -49.21
8030002643302. 09/14/01  5100PL                                                       7.68
8030002643303. 09/14/01  5100PL                                                       1.52
8030002643304. 09/14/01  5100PL                                                       2.88
8030002643305. 09/14/01  5100PL                                                       6.88
8030002643306. 09/14/01  0869PL                                                      30.25

                                                       DIVISION TOTAL                 0.00
```

T2642-4   9/0.63   A00-3324 (MD 3: 00-1189) JOHNSON

FILED
SCRANTON
SEP 26 2001
PER _____
     DEPUTY CLERK